RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DEC 30 2013

FILED _____
DOCKETED _____
DATE        INITIAL

UNITED STATES COURT OF APPEALS IN AND FOR THE
NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff-Appellee,<br><br>vs.<br><br>FRANCIS SCHAEFFER COX,<br><br>      Defendant-Appellant. | No. 13-30000<br><br>MOTION FOR NEW COUNSEL<br>AND TO URGE <u>BOTH</u><br>MOTIONS BE GRANTED |

    COMES NOW Schaeffer Cox, Appellant-Defendant-Movant, and <u>in propia persona</u>, respectfully moves this Honorable Court to appoint NEW counsel as required by Title 18 USC §4247 and urges this Court to grant BOTH Motions for remand presently before the Court.

I.
NEW COUNSEL IS REQUIRED

    Title 18 USC §4247(d) provides that

> "The person whose mental condition is the subject of the hearing shall be represented by counsel and, if he is financially unable to obtain adequate representation, counsel shall be appointed for him pursuant to section 3006A [18 usc §3006A]."

    In the present case Mr. Cox and his attorney Mrs. Elliott hold conflicting positions.

---

MOTION FOR NEW COUNSEL AND
TO URGE <u>BOTH</u> MOTIONS BE
GRANTED -- 1

Francis Schaeffer Cox
USP Marion, PO Box 1000
Marion IL   62959-7500

1  Title 18 USC §3006A(c) provides that

2  "The court may, in the interests of justice, substitute one appointed counsel for another at any
3  stage of the proceedings."

4  Mrs. Elliott has not reviewed the discovery in this case
5  or the investigative reports prepared by Mr. Rolly Port (PI for
6  defense team). Her position is based upon the evaluation made
7  by Dr. Robin Ladue. Dr. Ladue's evaluation stems from her
8  presumption that the events Mr. Cox described were too unimagin-
9  ably outrageous for the government to have engaged in, leading
10 her to conclude that Mr. Cox must be suffering from delusions.

11  The position of Dr. Ladue and subsequently of Mrs. Elliott
12 is not shared by Mr. John or Mr. Port who are more familiar
13 with the evidence and the facts of the case, having successfully
14 defended Mr. Cox from virtually identical charges in state court.
15 Mr. John was also co-counsel on the Federal case prior to trial.

16  At least at this juncture, Mr. Cox and Mrs. Elliott are
17 mortally conflicted, thus necessitating the appointment of
18 new counsel, which is hereby requested.

19
                                II.
20          THE COURT IS URGED TO GRANT BOTH MOTIONS

21  In spite of the fact that Mr. Cox and Mrs. Elliott hold
22 conflicting positions, their respective motions are actually quite
23 complementary.

24  Mr. Cox seeks an order compelling the government to comply
25 with their Brady-Kyles-Giglio obligations. Mrs. Elliott seeks

MOTION FOR NEW COUNSEL AND                Francis Schaeffer Cox
TO URGE BOTH MOTIONS BE                   USP Marion, PO Box 1000
GRANTED -- 2                              Marion IL   62959-7500

to have Mr. Cox evaluated to determine if his claims are delusional. One request necessitates the other.

~~Upon motion by the government, the District Court suppressed~~ recordings made by the FBI that supported Mr. Cox's claims that he had been attacked by informant Bill Fulton for refusing to plot a crime, that months later Mr. Fulton had given Mr. Cox a death threat ultimatum, that Mr. Cox was leaving the country with his wife and two young children as a result, and that they had been stopped by informant J.R. Olson who used deception, sabotage of vehicles, and threats of harm from others to hold the Cox family in hiding in the upper room of a home in North Pole, Alaska for a period of 21 days, thus preventing them from carrying out their expressed plan of leaving in order to avoid any sort of trouble and out of fear for their lives.

For a government attorney to, knowing full well that Mr. Cox was telling the truth, suppress recordings corroborative of such testimony, then, cloaking himself in the credibility of the United States government, assure the jury that there is not "one scintilla of evidence" to support Mr. Cox's claims and that they were "spontaneous fabrications," is no different than telling the jury there is blood on the pajamas when they know it's paint. Not only does this run afoul of <u>Miller v. Pate</u>, it demonstrates that the U.S. Attorney's Office is not acting in good faith.

Given this prosecution team's history of misconduct in

MOTION FOR NEW COUNSEL AND
TO URGE <u>BOTH</u> MOTIONS BE
GRANTED -- 3

Francis Schaeffer Cox
USP Marion, PO Box 1000
Marion IL   62959-7500

related cases, coupled with evidence that points to undisclosed exculpatory evidence and ongoing ethics violations, and in light of the government's unwillingness to acknowledge their wrongdoing, past or present, an order to compel production and a hearing are in order. Any delay will not prejudice either party and it would allow a fully developed record to be properly formed for this Court to review should the case come back up.

### III.
### CONCLUSION

Conflicting positions between Mr. Cox and Mrs. Elliott necessitate new ocunsel. Nonetheless, Mr. Cox's and Mrs. Elliott's motions are complementary. If this Honorable Court grants one it should GRANT BOTH and appoint new counsel for the subsequent proceedings.

DATED this 22nd day of December, 2013.

Respectfully submitted,

_____
Francis Schaeffer Cox, pro per
Register Number 16179-006
USP Marion CMU
PO Box 1000
Marion IL    62959-7500

MOTION FOR NEW COUNSEL AND
TO URGE BOTH MOTIONS BE
GRANTED -- 4

Francis Schaeffer Cox
USP Marion, PO Box 1000
Marion IL    62959-7500

## CERTIFICATE OF SERVICE

I, FRANCIS SCHAEFFER COX, hereby certify that on December 24, 2013, served via First Class U.S. Mail, one copy of this document in paper format to:

> ASSISTANT UNITED STATES ATTORNEY STEVEN SKROCKI
> ASSISTANT UNITED STATES ATTORNEY JOANN FARRINGTON
> 222 West 7th Avenue, Room 253, #9
> Anchorage, AK   99513
>
> SUZANNE LEE ELLIOTT, WSBA 12634
> ATTORNEY FOR FRANCIS SCHAEFFER COX
> LAW OFFICE OF SUZANNE LEE ELLIOTT
> 1300 Hoge Building
> 705 Second Avenue
> Seattle, Washington   98104

_____
Francis Schaeffer Cox, pro per
Register Number 16179-006
USP Marion CMU
PO Box 1000
Marion IL   62959-7500

I, FRANCIS SCHAEFFER COX, hereby certify that on December 27, 2013, served in person, one copy of this document in paper format to:

> MR. ROBERT JOHN
> LAW OFFICE OF ROBERT JOHN
> 751 7th Avenue, Suite A
> Fairbanks, Alaska   99701

_____
Francis Schaeffer Cox, pro per

MOTION FOR NEW COUNSEL AND　　　　　Francis Schaeffer Cox
TO URGE BOTH MOTIONS BE　　　　　　USP Marion, PO Box 1000
GRANTED -- 5　　　　　　　　　　　　Marion IL   62959-7500